May 13, 2011

Mr. G. Roland Love
Winstead PC
1201 Elm Street, Suite 5400
Dallas, TX 75270-2199
Mr. Montgomery Benton McClendon
McClendon Law Firm
1306 Broadway
Lubock, TX 79401

RE: Case Number: 09-0828
 Court of Appeals Number: 07-08-00070-CV
 Trial Court Number: 2006-535,294

Style: GENESIS TAX LOAN SERVICES, INC. AND M. SUZANNE FROSSARD,
 TRUSTEE
 v.
 KODY AND JANET KOTHMANN AND KODY KOTHMANN, TRUSTEE

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Peggy Culp |
| |Ms. Barbara Sucsy |
| |Mr. Brian Pitman |
| |Mr. Aaron Daniel |
| |Day |